UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 30, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR S-00-0488 DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| RANDY SCOTT SMITH, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RANDY SCOTT SMITH , Case No.  CR S-00-0488 DAD , Charge  18 USC § 3146 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   X   Release on Personal Recognizance

   __   Bail Posted in the Sum of $_____

       __   Unsecured Appearance Bond $_____

       __   Appearance Bond with 10% Deposit

       __   Appearance Bond with Surety

       __   Corporate Surety Bail Bond

   X   (Other)  Remains on Supervised Release with Conditions.

Issued at  Sacramento, CA  on  November 30, 2005  at  2:25 p.m. .

By  _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal